UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SHELITA COBB, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM, INC. AND THE ANTHEM COMPANIES, INC.,<br><br>Defendants. | Case No.: 3:19-cv-00897-JAG |

## ORDER DISMISSING COUNT II OF COMPLAINT WITHOUT PREJUDICE AND DISMISSING THE ANTHEM COMPANIES, INC. AS A DEFENDANT

The Court has received and considered the parties' Joint Motion to Dismiss Plaintiff's Fair Credit Reporting Act Claim without Prejudice and to Dismiss The Anthem Companies, Inc. as a Defendant. Having considered the Motion, the Court hereby GRANTS the Motion and orders as follows:

1) Plaintiff's claim under the Fair Credit Reporting Act (Count II) is dismissed without prejudice, with each side bearing its own attorneys' fees and costs;

2) The Anthem Companies, Inc. is dismissed as a Defendant in this case; and

3) Defendants' Motion to Sever (ECF No. 21) is denied as moot.

Dated this 5 day of Feb. , 2020.

/s/
John A. Gibney, Jr.
United States District Judge
The Honorable John A. Gibney, Jr
United States District Judge