IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SHELITA COBB, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHEM, INC.,<br><br>　　　　　Defendant. | Case No: 3:19-cv-897<br><br>Honorable John A. Gibney, Jr. |

**JOINT MOTION TO TRANSFER CASE
TO THE SOUTHERN DISTRICT OF INDIANA**

　　Defendant, Anthem, Inc., and Plaintiff, Shelita Cobb, respectfully submit this Joint Motion to transfer this case to the United States District Court for the Southern District of Indiana. The reasons for the Joint Motion are more fully explained in the accompanying memorandum filed contemporaneously herewith. A proposed order granting the relief requested above is attached.

　　WHEREFORE, the parties respectfully request that the Court (1) enter an order transferring this case to the Southern District of Indiana, and (2) moot Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2).

Dated: March 4, 2020                /s/ David E. Constine, III
David E. Constine III (VSB No. 23223)
Alan D. Wingfield (VSB No. 27489)
H. Scott Kelly (VSB No. 80546)
TROUTMAN SANDERS LLP
1001 Haxall Point
Suite 1500
Richmond, VA 23219
Tel: (804) 697-1200
Fax: (804) 697-1300
david.constine@troutman.com
alan.wingfield@troutman.com
scott.kelly@troutman.com

Ashley Z. Hager (GA Bar No. 784505)
*Admitted Pro Hac Vice*
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, NE Suite 3000
Atlanta, GA 30308-2216
Telephone: 404-885-3428
Facsimile: 404-962-6580
ashley.hager@troutman.com

*Attorneys for Defendant*


Dated: March 4, 2020                /s/ Curtis Daniel Cannon
Curtis Daniel Cannon, Esq.
GOLDBERG & FINNEGAN, LLC
8401 Colesville Road
Suite 630
Silver Spring, Maryland 20910
(p) 301-589-2999
(f) 301-589-2644

Lotus Cannon (*pro hac vice*)
lotus.cannon@jtblawgroup.com
BROWN, LLC
111 Town Square Pl
Suite 400
Jersey City, NJ 07310
P: (877) 561-0000; F: (855) 582-5297

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to all counsel of record.

Jason Travis Brown
JTB Law Group LLC
155 2nd Street, Suite 4
Jersey City, NJ 07302
Telephone: (201) 630-0000
Facsimile: (855) 582-5297
Email: jtb@jtblawgroup.com
*Counsel for Plaintiff*

Lotus Cannon
Brown LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Telephone: (877) 561-0000
Facsimile: (855) 582-5297
Email: lotus.cannon@jtblawgroup.com
*Counsel for Plaintiff*

Nicholas Raymond Conlon
Brown LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Telephone: (877) 561-0000
Fax: (855) 582-5297
Email: nicholasconlon@jtbawgroup.com
*Counsel for Plaintiff*

Curtis Daniel Cannon
Goldberg & Finnegan LLC
8401 Colesville Road, #630
Silver Spring, MD 20910
Telephone: (301) 589-2999
Facsimile: (301) 589-2644
Email: ccannon@goldbergfinnegan.com
*Counsel for Plaintiff*