CLOSED,JURY

# U.S. District Court
## Eastern District of Virginia – (Richmond)
## CIVIL DOCKET FOR CASE #: 3:19–cv–00897–JAG

Cobb v. Anthem Inc., et al  
Assigned to: District Judge John A. Gibney, Jr  
Demand: $75,000  
Cause: 15:2(a) Fair Labor Standards Act  

Date Filed: 12/04/2019  
Date Terminated: 03/06/2020  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question  

**Plaintiff**

**Shelita Cobb**      represented by    **Jason Travis Brown**  
JTB Law Group LLC  
155 2nd Street  
Suite 4  
Jersey City, NJ 07302  
**NA**  
(201) 630–0000  
Fax: (855) 582–5297  
Email: jtb@jtblawgroup.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  

**Lotus Cannon**  
Brown LLC  
111 Town Square Place  
Suite 400  
Jersey City, NJ 07310  
**NA**  
(877) 561–0000  
Fax: (855) 582–5297  
Email: lotus.cannon@jtblawgroup.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  

**Nicholas Raymond Conlon**  
Brown LLC  
111 Town Square Place  
Suite 400  
Jersey City, NJ 07310  
**NA**  
877–561–0000  
Fax: 855–582–5297  
Email: nicholasconlon@jtblawgroup.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  

**Curtis Daniel Cannon**  
Goldberg & Finnegan LLC

        8401 Colesville Road
        #630
        Silver Spring, MD 20910
        301−589−2999
        Fax: 301−589−2644
        Email: ccannon@goldbergfinnegan.com
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawanda Price**     represented by     **Jason Travis Brown**
        JTB Law Group LLC
        155 2nd Street
        Suite 4
        Jersey City, NJ 07302
        NA
        (201) 630−0000
        Fax: (855) 582−5297
        Email: jtb@jtblawgroup.com
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Lotus Cannon**
        Brown LLC
        111 Town Square Place
        Suite 400
        Jersey City, NJ 07310
        NA
        (877) 561−0000
        Fax: (855) 582−5297
        Email: lotus.cannon@jtblawgroup.com
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Nicholas Raymond Conlon**
        Brown LLC
        111 Town Square Place
        Suite 400
        Jersey City, NJ 07310
        NA
        877−561−0000
        Fax: 855−582−5297
        Email: nicholasconlon@jtblawgroup.com
        *LEAD ATTORNEY*
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Curtis Daniel Cannon**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corey Cado**  represented by  **Jason Travis Brown**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lotus Cannon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas Raymond Conlon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Curtis Daniel Cannon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janie Wiggington**  represented by  **Jason Travis Brown**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lotus Cannon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas Raymond Conlon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Curtis Daniel Cannon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph H. Beasley**  represented by  **Jason Travis Brown**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lotus Cannon**

|  |  |  |
|---|---|---|
|  |  | (See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicholas Raymond Conlon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Curtis Daniel Cannon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

|  |  |  |
|---|---|---|
| **Anthem, Inc.** | represented by | **Ashley Zeiler Hager**<br>Troutman Sanders LLP (GA–NA)<br>600 Peachtree St NE<br>Suite 3000<br>Atlanta, GA 30308–2216<br>\*\*NA\*\*<br>(404) 885–3428<br>Fax: (404) 962–6580<br>Email: ashley.hager@troutman.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**David Edward Constine , III**<br>Troutman Sanders LLP (Richmond)<br>P. O. Box 1122<br>Richmond, VA 23218–1122<br>(804) 697–1258<br>Fax: 804–698–5131<br>Email: david.constine@troutmansanders.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alan Durrum Wingfield**<br>Troutman Sanders LLP (Richmond)<br>Troutman Sanders Bldg<br>1001 Haxall Point<br>PO Box 1122<br>Richmond, VA 23219<br>(804) 697–1200<br>Email: alan.wingfield@troutmansanders.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Harrison Scott Kelly**<br>Troutman Sanders LLP (Richmond)<br>1001 Haxall Point<br>Suite 1500<br>Richmond, VA 23219 |

                    (804) 697–2202
                    Fax: (804) 697–1339
                    Email: scott.kelly@troutmansanders.com
                    *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Anthem Companies, Inc.**<br>*TERMINATED: 02/05/2020* | represented by | **Ashley Zeiler Hager**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**David Edward Constine , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alan Durrum Wingfield**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Harrison Scott Kelly**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2019 | 1 | Complaint ( Filing fee $ 400, receipt number 0422–6967980.), filed by Shelita Cobb. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Exhibit Consent to Sue)(Cannon, Curtis) (Main Document 1 replaced on 12/4/2019) (tjoh, ). (Entered: 12/04/2019) |
| 12/04/2019 | 2 | Proposed Summons *for The Anthem Companies, Inc.* by Shelita Cobb. (Cannon, Curtis) (Entered: 12/04/2019) |
| 12/04/2019 | 3 | Proposed Summons *for Anthem, Inc.* by Shelita Cobb. (Cannon, Curtis) (Entered: 12/04/2019) |
| 12/04/2019 |  | Initial Case Assignment to District Judge John A. Gibney, Jr. (tjoh, ) (Entered: 12/04/2019) |
| 12/04/2019 | 4 | Summons Issued as to Anthem Companies, Inc., Anthem, Inc.. NOTICE TO ATTORNEY: Remove header and print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (tjoh, ) (Entered: 12/04/2019) |
| 12/20/2019 | 5 | MOTION for Extension *of Time to Respond to Plaintiff's Complaint–Unopposed* by Anthem Companies, Inc., Anthem, Inc.. (Attachments: # 1 Proposed Order)(Constine, David) (Entered: 12/20/2019) |
| 12/20/2019 | 6 | Financial Interest Disclosure Statement (Local Rule 7.1) by Anthem Companies, Inc.. (Constine, David) (Entered: 12/20/2019) |
| 12/20/2019 | 7 | Financial Interest Disclosure Statement (Local Rule 7.1) by Anthem, Inc.. (Constine, David) (Entered: 12/20/2019) |
| 12/23/2019 | 8 | ORDER that upon motion of the Defendant Anthem, Inc. and The Anthem Companies, Inc. it is hereby ORDERED that the time for Defendants to serve their response to the Complaint is hereby enlarged until January 29, 2020. Signed by District Judge John A. Gibney, Jr. on 12/23/2019. (jsmi, |

| | | |
|---|---|---|
| | | ) (Entered: 12/23/2019) |
| 12/27/2019 | Ï 9 | Motion to appear Pro Hac Vice by Jason Brown and Certification of Local Counsel Curtis Cannon Filing fee $ 75, receipt number 0422–7001010. by Shelita Cobb. (Cannon, Curtis) (Entered: 12/27/2019) |
| 12/27/2019 | Ï 10 | Motion to appear Pro Hac Vice by Lotus Cannon and Certification of Local Counsel Curtis Cannon Filing fee $ 75, receipt number 0422–7001016. by Shelita Cobb. (Cannon, Curtis) (Entered: 12/27/2019) |
| 12/27/2019 | Ï 11 | Motion to appear Pro Hac Vice by Nicholas Conlon and Certification of Local Counsel Curtis Cannon Filing fee $ 75, receipt number 0422–7001019. by Shelita Cobb. (Cannon, Curtis) (Entered: 12/27/2019) |
| 12/31/2019 | Ï 12 | ORDER granting 9 Motion for Pro hac vice Appointed Jason Travis Brown for Shelita Cobb. Signed by District Judge John A. Gibney, Jr on 12/31/2019. (tjoh, ) (Entered: 12/31/2019) |
| 01/02/2020 | Ï 13 | ORDER granting 10 Motion for Pro hac vice Appointed Lotus Cannon for Shelita Cobb. Signed by District Judge John A. Gibney, Jr on 12/31/2019. (tjoh, ) (Entered: 01/02/2020) |
| 01/02/2020 | Ï 14 | ORDER granting 11 Motion for Pro hac vice Appointed Nicholas Raymond Conlon for Shelita Cobb. Signed by District Judge John A. Gibney, Jr on 12/31/2019. (tjoh, ) (Entered: 01/02/2020) |
| 01/24/2020 | Ï 15 | Motion to appear Pro Hac Vice by Ashley Zeiler Hager and Certification of Local Counsel David E. Constine, III Filing fee $ 75, receipt number 0422–7040497. by Anthem Companies, Inc., Anthem, Inc.. (Constine, David) (Entered: 01/24/2020) |
| 01/27/2020 | Ï 16 | ORDER granting 15 Motion for Pro hac vice Appointed Ashley Zeiler Hager for Anthem Companies, Inc. and Anthem, Inc. Signed by District Judge John A. Gibney, Jr on 01/27/2020. (tjoh, ) (Entered: 01/27/2020) |
| 01/29/2020 | Ï 17 | NOTICE of Appearance by Alan Durrum Wingfield on behalf of Anthem Companies, Inc., Anthem, Inc. (Wingfield, Alan) (Entered: 01/29/2020) |
| 01/29/2020 | Ï 18 | NOTICE of Appearance by Harrison Scott Kelly on behalf of Anthem Companies, Inc., Anthem, Inc. (Kelly, Harrison) (Entered: 01/29/2020) |
| 01/29/2020 | Ï 19 | MOTION to Dismiss for Lack of Jurisdiction *(Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2))* by Anthem Companies, Inc., Anthem, Inc.. (Wingfield, Alan) (Entered: 01/29/2020) |
| 01/29/2020 | Ï 20 | Memorandum in Support re 19 MOTION to Dismiss for Lack of Jurisdiction *(Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2))* filed by Anthem Companies, Inc., Anthem, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Wingfield, Alan) (Entered: 01/29/2020) |
| 01/29/2020 | Ï 21 | MOTION to Sever by Anthem Companies, Inc., Anthem, Inc.. (Wingfield, Alan) (Entered: 01/29/2020) |
| 01/29/2020 | Ï 22 | Memorandum in Support re 21 MOTION to Sever filed by Anthem Companies, Inc., Anthem, Inc.. (Wingfield, Alan) (Entered: 01/29/2020) |
| 02/04/2020 | Ï 23 | Joint MOTION to Dismiss *WITHOUT Prejudice* by Shelita Cobb. (Attachments: # 1 Proposed Order)(Cannon, Curtis) (Entered: 02/04/2020) |
| 02/04/2020 | Ï 24 | NOTICE of Consent to Join Suit as a Party Plaintiff by Lawanda Price (Cannon, Curtis) Modified on 2/11/2020 to correct text(tjoh, ). (Entered: 02/04/2020) |
| 02/05/2020 | Ï 25 | ORDER DISMISSING COUNT II OF COMPLAINT WITHOUT PREJUDICE AND DISMISSING THE ANTHEM COMPANIES, INC. AS A DEFENDANT. The Court has received |

| | | |
|---|---|---|
| | | and considered the parties' Joint Motion to Dismiss Plaintiffs Fair Credit Reporting Act Claim without Prejudice and to Dismiss The Anthem Companies, Inc. as a Defendant. Having considered the Motion, the Court hereby GRANTS the Motion and orders as follows: Plaintiffs claim under the Fair Credit Reporting Act (Count II) is dismissed without prejudice, with each side bearing its own attorneys' fees and costs; The Anthem Companies, Inc. is dismissed as a Defendant in this case; and Defendants' Motion to Sever (ECF No. 21) is denied as moot. Signed by District Judge John A. Gibney, Jr on 02/05/2020. (tjoh, ) (Entered: 02/05/2020) |
| 02/10/2020 | Ï 26 | Consent MOTION for Extension of Time to File Response/Reply *to Defendants' Motion to Dismiss* by Shelita Cobb. (Attachments: # 1 Proposed Order)(Cannon, Curtis) (Entered: 02/10/2020) |
| 02/10/2020 | Ï 27 | NOTICE of Consent to Join Suit as a Party Plaintiff by Corey Cado (Cannon, Curtis) Modified on 2/12/2020 (tjoh, ). (Entered: 02/10/2020) |
| 02/11/2020 | Ï 28 | CONSENT ORDER granting 26 Motion for Extension of Time to File Response/Reply re 19 MOTION to Dismiss for Lack of Jurisdiction *(Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2))* Responses due by 2/26/2020; Replies due by 3/10/2020. Signed by District Judge John A. Gibney, Jr on 02/11/2020. (tjoh, ) (Entered: 02/11/2020) |
| 02/12/2020 | Ï 29 | NOTICE of Consent to Join Suit as a Party Plaintiff by Janie Wiggington (Cannon, Curtis) Modified on 2/12/2020 to correct textg(tjoh, ). (Entered: 02/12/2020) |
| 02/12/2020 | Ï 30 | NOTICE of Consent to Join Suit as a Party Plaintiff by Joseph H. Beasley (Cannon, Curtis) Modified on 2/12/2020 to correct text(tjoh, ). (Entered: 02/12/2020) |
| 02/24/2020 | Ï 31 | Joint MOTION for Extension of Time to File Response/Reply by Shelita Cobb. (Attachments: # 1 Proposed Order)(Cannon, Curtis) (Entered: 02/24/2020) |
| 02/25/2020 | Ï 32 | CONSENT ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME To FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS – Granting 31 Motion for Extension of Time to File Response/Reply re 19 MOTION to Dismiss for Lack of Jurisdiction *(Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2))* Responses due by 3/4/2020 Replies due by 3/18/2020. Signed by District Judge John A. Gibney, Jr on 02/25/2020. (tjoh, ) (Entered: 02/25/2020) |
| 03/04/2020 | Ï 33 | Joint MOTION to Transfer Case *to Southern District of Indiana* by Anthem, Inc.. (Attachments: # 1 Proposed Order)(Constine, David) (Entered: 03/04/2020) |
| 03/04/2020 | Ï 34 | Memorandum in Support re 33 Joint MOTION to Transfer Case *to Southern District of Indiana* filed by Anthem, Inc.. (Constine, David) (Entered: 03/04/2020) |
| 03/06/2020 | Ï 35 | ORDER – Upon the joint motion by Defendant, Anthem, Inc., by its counsel, and Plaintiff, Shelita Cobb, by her counsel, and for good cause shown, it is hereby ORDERED: That this matter be transferred to the Southern District of Indiana; and That Defendant' s Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed.R.Civ.P. 12(b)(2) is moot. Signed by District Judge John A. Gibney, Jr on 03/06/2020. (tjoh, ) (Entered: 03/06/2020) |
| 03/06/2020 | Ï | Case transferred to District of Southern District of Indiana. Electronic copy of transfer order, and docket sheet sent. (tjoh, ) (Entered: 03/13/2020) |