**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SHELITA COBB, individually and on behalf of others similarly situated, | ) ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO.  1:20-CV-00820-SEB-DLP |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**MOTION TO APPEAR *PRO HAC VICE***
**FILED ON BEHALF OF ATTORNEY ASHLEY ZEILER HAGER**

Kandi Kilkelly Hidde of the law firm Frost Brown Todd LLC, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Ashely Zeiler Hager of Troutman Sanders LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Anthem, Inc. in the above-styled cause only.  In support of this motion, the undersigned states:

1.      The Certification of Ashley Zeiler Hager, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2.      Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an

Order granting Ashley Zeiler Hager leave to appear *pro hac vice* for purposes of this cause only.

FROST BROWN TODD LLC

By: */s/ Kandi Kilkelly Hidde*

    Kandi Kilkelly Hidde, #18033-49
    Amy S. Wilson, #24184-49
    Erin T. Escoffery, #31960-29
    201 N. Illinois St., Suite 1900
    P.O. Box 44961
    Indianapolis, IN  46244-0961
    317-237-3800
    Fax: 317-237-3900
    khidde@fbtlaw.com
    awilson@fbtlaw.com
    eescoffery@fbtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Jason T. Brown
Nicholas R. Conlon
Lotus Cannon
BROWN, LLC
111 Town Square Pl, Suite 400
Jersey City, NJ 07310
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com
lotus.cannon@jtblawgroup.com

Curtis D. Cannon
GOLDBERG & FINNEGAN LLC
8401 Colesville Road, #630
Silver Spring, MD 20910
ccannon@goldbergfinnegan.com

*/s/ Kandi Kilkelly Hidde*
Kandi Kilkelly Hidde

0131135.0730801  4822-9642-7959v1